UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TREVELL RASHAAD WALKER,

        Defendant.

_____ /   **INDICTMENT**

The Grand Jury charges:

(False Statement During Purchase of Firearms)

On or about April 28, 2022, in Kent County, in the Southern Division of the Western District of Michigan,

**TREVELL RASHAAD WALKER**,

in connection with the acquisition of firearms, specifically a 9mm Taurus model G2C pistol and .40 caliber Taurus model G2C pistol from Dunham's Discount Sports, a licensed dealer of firearms, knowingly made a false or fictitious written statement to Dunham's Discount Sports. This statement was intended and likely to deceive Dunham's Discount Sports as to a fact material to the lawfulness of the sale of the said firearms to the defendant under Chapter 44 of Title 18 of the United States Code, in that the defendant falsely represented on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, that the defendant was the actual buyer of the firearms and he was not acquiring the firearms on behalf of another person.

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney